ACCEPTED
04-15-00238-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/25/2015 6:02:06 PM
KEITH HOTTLE
CLERK

November 25, 2015

HONORABLE JASON PULLIAM
FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

11/25/2015 6:02:06 PM

KEITH E. HOTTLE
Clerk

Erasmo Figueroa
13000 Vista Del Norte Apt. 914
San Antonio, TX 78216
* DELIVERED VIA E-MAIL *

Robert Ray
Law Office of Robert N. Ray
7272 Wurzbach Road, Suite 1401
San Antonio, TX 78240-4805
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number: 04-15-00238-CV
        Trial Court Case Number:  2015CV01973
        Style: Erasmo Figueroa
        v.
        Villas of Vista Del Norte

Judge Pulliam:

Sir, I Erasmo Figueroa, the Appellant Pro se and on a case by case basis am respectfully requesting an extension for the order which the Honorable Court of Appeals has issued in reference to the below styled and numbered cause:

November 10, 2015

RE: Court of Appeals Number: 04-15-00238-CV
Trial Court Case Number: 2015CV01973
Style: Erasmo Figueroa
Vs.
Villas of Vista Del Norte

Your Honor, with your and the 4th Court of Appeals' permission, I, appellant Pro Se am respectfully requesting an extension on the amended brief that was to be filed within fifteen days from the date of this order. I, the appellant am working feverishly to support arguments with citation to legal authority and to include citations to the Clerk's Record or the Reporter's Record where appropriate and necessary. Importantly, I learned I should serve any brief on opposing counsel and to include a Certificate of Service with the brief.

Respectfully,

Erasmo Figueroa
Appellate Pro se